UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SLOANE ROBERTS | : |
| VERSUS | : CIVIL ACTION NO.: 6:15-CV-00119 |
| WAL-MART LOUISIANA, LLC, ET AL | : JUDGE DOHERTY, MAG. JUDGE HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

JUDGMENT

For the reasons stated in the Memorandum Ruling and Order of Judge Rebecca F. Doherty previously filed herein [Doc. Nos. 55 & 56], and after an independent review of the entire record and the written objections and responses filed by the parties,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motions to Dismiss Pursuant to 12(b)(6) and/or Alternatively, Motions for Summary Judgment Pursuant to FRCP 56 filed by defendants, Officer Jason Hebert, individually and in his Official Capacity as a Police Officer for the City of Abbeville [Doc. 29]; Wal-Mart Louisiana, LLC. [Doc. 26]; and Sonny Stutes [Doc. 28] are hereby **GRANTED**.

**IT IS ORDERED** that the plaintiff's federal claims are DISMISSED WITH PREJUDICE as prescribed.

**IT IS FURTHER ORDERED** that the plaintiff's state law claims for false arrest, false imprisonment, defamation, and intentional infliction of emotional distress, as well as the claim for malicious prosecution to the extent it is alleged under state law, are DISMISSED WITHOUT PREJUDICE, subject to the plaintiff's ability to attempt to assert the claims in the appropriate state forum, as the Court declines to exercise its supplemental jurisdiction over the

aforementioned state law claims.

**IT IS FURTHER, ORDERED ADJUDGED AND DECREED** that the Motion to Dismiss Plaintiff's Supplemental and Amended Complaint pursuant to FRCP 12(b)(6) filed by Wal-mart [Doc. 41]; Sonny Stutes' Rule 12(b)(6) Motion to Dismiss Plaintiff's Supplemental and Amended Complaint [Doc. 48]; and Motion to Dismiss Plaintiff's Supplemental and Amended Complaint Pursuant to Rule 12(b)(6) and (e), filed by Officer Jason Hebert [Doc. 49] are all **DENIED AS MOOT**.

JUDGMENT RENDERED AND SIGNED this _____ day of _____, 2016, at _____, Louisiana.

_____
U. S. DISTRICT JUDGE


Respectfully submitted:


BORNE, WILKES & RABALAIS, L.L.C.


BY:   S/Joy C. Rabalais                            .
      JOY C. RABALAIS (26476), T.A.
      JOHN F. WILKES, III (01644)
      KYLE N. CHOATE (33524)
      TAYLOR R. STOVER (35975)
      ALLISON M. ACKAL (31590)
      200 West Congress Street, Suite 1000
      Post Office Box 4305
      Lafayette, Louisiana  70502-4305
      Telephone:  (337) 232-1604 Ext. 201
      Facsimile:  (337) 232-1837
      E-mail:  wilkes@bornewilkes.com

APPROVED AS TO FORM:

S/ *Edward Moses Jr*
Edward Moses, Jr., Attorney
for Plaintiff


S/ *Hallie P. Coreil*
Hallie P. Coreil
Attorney for defendant, Wal-Mart Louisiana, LLC


S/ Seth T. Mansfield
Seth T. Mansfield,
Attorney for defendant, Sonny Stutes

## CERTIFICATE

    I HEREBY CERTIFY that on November 4, 2016, a copy of the foregoing Judgment was circulated to all counsel of record for approval as to form. All counsel of record have given Joy C. Rabalais permission to use their electronic signatures on this filing. Further, notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                        S/Joy C. Rabalais
                        JOY C. RABALAIS
                        (Bar Roll #26476)